ATTACHMENT A

Location to be searched:

15394 Hearthstone Drive, Foley, AL 36535, a one-story single family dwelling with a gray-colored roof, red/beige brick, white trim, a white garage door and black shutters. The numbers "15394" are displayed in black above the garage door.  The front of the house faces west.  The residence is located on the east side of Hearthstone Drive in Foley, AL, within the Aspen Creek Subdivision, west of Hwy 59, which is in Baldwin County, all of which is located within the Southern District of Alabama. A photo of the front of this residence is provided below.  It is intended that the scope of this search warrant includes authorization to search the main dwelling and its curtilage, any attached or detached garages, associated outbuildings, and vehicles located at the residence during the execution of the search, as well as those arriving at the location while it is still under the control of the law enforcement officers responsible for its execution, and any locked containers found within the aforementioned areas; It is also intended that this warrant authorizes the forensic examination of any electronic devices found on the premises for the purpose of identifying the electronically stored information described in Attachment B;



## ATTACHMENT B

### Particular Things to be Seized

1. All records relating to violations of Title 18 U.S.C. § 2252 and 2252A, which criminalizes the possession, receipt, distribution and transmission of child pornography, including but not limited to the following:

    A. Any and all computers and computing hardware and accessories, to include: any and all computer equipment, cell phones with internet or e-mail capability, electronic device capable of data processing (such as central processing units, laptop or notebook computers, personal digital assistants, and wireless communication devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media); related communications devices (such as routers, modems, cables and connections); storage media, and security devices.

    B. Any and all computer software, data, information, instructions, programs, or program codes, stored in the form of electronic, magnetic, optical, or other media, capable of being interpreted by a computer or its related components, to include: data, data fragments, or control characters integral to the operation of computer software, such as operating systems software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended to be used to communicate with computer components.

    C. Any and all data security devices, programs, or data, whether themselves in the nature of hardware or software, that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records. Such items include, but are not limited to, user names and passwords; data security hardware (such as encryption devices, chips, and circuit boards): data security software or information (such as test keys and encryption codes); and similar information that is required to access computer programs or data or to otherwise render programs or data into usable form.

    D. Any and all storage media capable of collecting, storing, maintaining, retrieving, concealing, transmitting, and backing up electronic data used to conduct criminal activity or which contains material or data obtained through criminal activity. Included within this paragraph is any information stored in the form of electronic, magnetic, optical, or other coding on computer media or on media capable of being read by a computer or computer-related equipment, such as fixed hard disks, external hard disks, thumb drives, removable hard disks, floppy diskettes, compact disks (CDs), digital video disks (DVDs), tapes, optical storage devices, laser disks, SD cards, or other memory storage devices.

E. Evidence of who used, owned, or controlled any computers at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, chat logs, instant messaging logs, photographs, and correspondence.

F. Any and all documents, records*, and files, in whatever form, pertaining to accounts held with Internet Service Providers or internet use.

G. Computer-related documentation, meaning any written, recorded, printed, or electronically stored material that explains or illustrates the configuration or use of any seized computer hardware, software, or related items.

H. Any and all records*, documents, or files, in whatever form, referencing or regarding the distribution or sale of child pornography.

I. Any and all records*, documents, or files, in whatever form, referencing or regarding the persuasion, inducement, and/or enticement of a minor to engage in any sexual act or sexual contact.

J. Any and all records*, documents, or files, in whatever form, where the content indicates contact with individuals regarding the sexual exploitation of children.

K. Any and all records*, documents, or files, in whatever form, referencing or regarding the sexual exploitation of a child including the production, transportation or possession of visual depictions of minors engaged in sexually explicit conduct.

L. Any and all records*, documents, or files, in whatever form, referencing or regarding passwords or information regarding encryption.

M. Any and all records*, documents, or files, in whatever form, containing visual depictions of minors engaged in sexually explicit conduct.

N. Any and all records*, documents, or files, in whatever form, referencing or regarding correspondence where the content of the conversation discusses the sexual exploitation of a child including the production, transportation or possession of visual depictions of minors engaged in sexually explicit conduct, including but not limited to message board posts, emails, or chats.

*The term "records" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electrical, electronic. Or magnetic form (such as any information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, CD-ROMs, thumb drives, SD cards, optical discs, backup tapes, printer buffers, smart cards, memory calculators, pagers, personal digital assistants such as

Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).