```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **vs.** | * | **CRIMINAL NO. 19-00080-KD-B** |
| | * | |
| **TARAS HODIVSKY, JR.,** | * | |
| | * | |
| Defendant. | * | |

## ORDER

D. Robert Stankoski, Jr., counsel for Defendant Taras Hodivsky, Jr., filed a Notice of Intent to Plead Guilty (Doc. 55), wherein he advised the Court that Defendant desires to change his plea of not guilty and enter a plea of guilty to **Count One** of the Indictment pursuant to a plea agreement. Accordingly, the follow-up pretrial conference currently scheduled for **June 21, 2019** is hereby **CANCELLED**, and this action is set for a guilty plea hearing on **June 26, 2019, at 11:00 a.m.,** before Chief United States District Judge Kristi K. DuBose, in Courtroom 4B of the United States District Court, 155 St. Joseph Street, Mobile, Alabama, 36602.

The parties are **ORDERED** to file a written Rule 11 Plea Agreement not later than **one (1) full day prior to the guilty plea hearing. Delays in filing the plea agreement or tardy appearances for the guilty plea hearing will result in counsel being required to show cause why they should not be held in contempt.**

If Defendant does not plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge, and the pretrial conference will be rescheduled.

**ORDERED** this **21st** day of **June, 2019.**

　　　　　　　　　　　　　　　　　　　　/s/ SONJA F. BIVINS
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**