Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court **FOR THE** | District **OF ALABAMA** | |
|---|---|---|
| Name (under which you were convicted): **Taras Hodivsky, Jr.** | | Docket or Case No.: **19-0080-KD** |
| Place of Confinement: **FCI-Talladega, PMB 1000, Alabama** | Prisoner No.: **08493-003** | |
| UNITED STATES OF AMERICA **Plaintiff** | Movant (include name under which you were convicted) | |
| | v. **Taras Hodivsky, Jr.** | |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **United States District Court For The Southern District of Alabama, Southern Division, 113  St. Joseph Street, Room 123, Mobile, Alabama 36602**

   (b) Criminal docket or case number (if you know): **1:19-CR-00080-001**

2. (a) Date of the judgment of conviction (if you know): **June 26, 2019**

   (b) Date of sentencing: **September 27, 2019**

3. Length of sentence: **30 years**

4. Nature of crime (all counts): **(COUNT 1) - Advertising Child Pornography, in violation of 18 U.S.C. §2251 (d) and 18 U.S.C. §2251 (e) (COUNT THREE) - Possession of Child Pornography, in violation of 18 U.S.C. §2252(A)(a)(5)(B) and 18 U.S.C. §2252 A(b)(2)**

5. (a) What was your plea? (Check one)

   (1)   Not guilty ❑          (2)   Guilty **XX**          (3)   Nolo contendere (no contest) ❑

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   **N/A**

6. If you went to trial, what kind of trial did you have? (Check one)          Jury ❑          Judge only ❑

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No **XX**

8. Did you appeal from the judgment of conviction?    Yes **XX**    No ☐

9. If you did appeal, answer the following:

   (a) Name of court: **Eleventh Circuit Court of Appeals**

   (b) Docket or case number (if you know): **19-14844**

   (c) Result: **Dismissed due an appellate waiver**

   (d) Date of result (if you know): **September 4, 2020**

   (e) Citation to the case (if you know): **N/A**

   (f) Grounds raised: **Whether the trial court erred when it denied Appellant's motion to suppress; and whether the appeal waiver precludes appellate review**

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No **XX**

      If "Yes," answer the following:    **N/A**

      (1) Docket or case number (if you know):

      (2) Result:

      (3) Date of result (if you know):

      (4) Citation to the case (if you know):

      (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

      Yes **XX**  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: **United States District Court - S.D. Alabama**

      (2) Docket or case number (if you know): **19-CR-00080**

      (3) Date of filing (if you know): **December 2020**

(4) Nature of the proceeding: `Compassionate Release, 18 U.S.C. §3582`

(5) Grounds raised: `Mr. Hodivsky is the sole caregiver of his ailing parents who are suffering from severe medical complications. He requested release in order to take care of them.`

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No **XX**

(7) Result: `it was denied`

(8) Date of result (if you know): `N/A`

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: `N/A`

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐   `N/A`

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes **XX**   No ☐

(2) Second petition:   Yes ☐   No ☐   `N/A`

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

N/A

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:   **Ineffective Assistance of Counsel**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**Counsel was ineffective for misadvising Mr. Hodivsky that he could appeal the denial of his suppression motion (SEE ATTACHED MEMORANDUM OF LAW)**

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No **XX**

(2) If you did not raise this issue in your direct appeal, explain why:

**Ineffective assistance of counsel claims are better resolved on collateral review. see Massaro v. United States, 538 U.S. 500 (2003)**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No **XX**

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   **N/A**

Name and location of the court where the motion or petition was filed:

**N/A**

Docket or case number (if you know):   N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):   N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

GROUND TWO: Ineffective Assistance of Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel was ineffective for advising Mr. Hodivsky to plead guilty to 30 years, when he could have gone to trial and receive the same sentence, therefore preserving all of of his constitutional rights for appeal.
(SEE ATTACHED MEMORANDUM OF LAW)

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No XXX

(2) If you did not raise this issue in your direct appeal, explain why:

    Ineffective Assistance of Counsel claims are better resolved on collateral review. see Massaro v. United States, 538 U.S. 500 (2003.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No XX

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):  N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):  N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐    N/A

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed:

        N/A

Docket or case number (if you know):

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:          N/A


GROUND THREE:  Ineffective Assistance of Counsel


(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Counsel was ineffective for allowing Mr. Hodivsky to plead guilty to count one of the indictment, when his criminal conduct did not arise to 'advertising', under 18 U.S.C. §2251 (d)(1); and failing to object during the entry of plea proceedings. (SEE ATTACHED MEMORANDUM OF LAW)


(b) Direct Appeal of Ground Three:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☒X

   (2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of Counsel claims are better resolved on collateral review. see Massaro v. United States, 538 U.S. 500 (2003)

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☒X

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:          N/A

   Name and location of the court where the motion or petition was filed:


   Docket or case number (if you know):     N/A

   Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ❑   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ❑   N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑   N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):   N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

GROUND FOUR: Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective for advising Mr. Hodivsky to waive his 'conflict of interest' claim between his trial counsel and himself, without explaining to him his constitutional rights to be represented free of 'conflict of interest', under the Sixth Amendment. (SEE ATTACHED MEMORANDUM OF LAW)

(b) Direct Appeal of Ground Four:     N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☐     N/A

    (2) If you did not raise this issue in your direct appeal, explain why:

**Ineffective Assistance of Counsel claims are better resolved on collateral review. see Massaro v. United States, 538 U.S. 500 (2003)**

(c) Post-Conviction Proceedings:     N/A

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☐   N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:     N/A

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):     N/A

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):     N/A

    (3) Did you receive a hearing on your motion, petition, or application? N/A

        Yes ☐  No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☐     N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☐     N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

        N/A

    Docket or case number (if you know):

    Date of the court's decision:     N/A

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:   N/A

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:   N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☒   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

**(Denial of Compassionate Release) Appeal No. 21-11524-DD Eleventh Circuit Court of Appeals. <u>ISSUE</u>: Whether the district court abused its discretion when it determined that Mr. Hodivsky, Jr., was a danger to the community, without addressing his parents medical records and letters of reference demonstrating the support for compassionate release.**

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: **Daniel R. Stankoski, Jr., P.O. Box 529 Fairhope, AL 36533; Michael Pylant.**

(b) At arraignment and plea:   **Same as above**

(c) At trial:   **N/A**

(d) At sentencing:   **Same as above**

Page 12

(e) On appeal: **Bradford Ladner, LLP, 160 St. Emanuel St., Mobile, AL 36602**

(f) In any post-conviction proceeding:     **N/A**

(g) On appeal from any ruling against you in a post-conviction proceeding:

**N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes **XX** No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No **XX**

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:     **N/A**

(b) Give the date the other sentence was imposed:     **N/A**

(c) Give the length of the other sentence:     **N/A**

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ☐   No **XXx**

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you

must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not

bar your motion.*

My conviction and sentence became final on December 4, 2020.
(which include 90 days for me to have pursued a writ of
certiorari from the Supreme Court of the United States).
Therefore, my 28 U.S.C. §2255 motion is timely filed within
one year from that date.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period
shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
violation of the Constitution or laws of the United States is removed, if the movant was
prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
that right has been newly recognized by the Supreme Court and made retroactively
applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:
Grant an evidentiary hearing to resolve the controverted factual
issues between Mr. Hodivsky, Jr., and his counsel; and to vacate
count of one of the indictment due to counsel's ineffectiveness.

or any other relief to which movant may be entitled.

N/A
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on
_____ (month, date, year).

Executed (signed) on ___11/22/21_____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion.

Mr. Taras Hlodivsky Jr.
Reg. No. 08493-003
FCI-Talladega
PMB 1000
Talladega, AL 35160




CERTIFIED MAIL®

7019 2970 0000 8264 3134



1028

Clerk of The Court
John A. Campbell U.