IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TARAS HODIVSKY, JR.,** ) | |
| **BOP Reg. # 08493-003,** ) | |
|    Movant, ) | |
| ) | Civil Action No. 1:21-00529-KD-N |
| v. ) | |
| ) | Criminal Action No. 1:19-00080-KD-N |
| **UNITED STATES OF AMERICA,** ) | |
|    Respondent. ) | |

## JUDGMENT

In accordance with the Order issued this date, it is ORDERED, ADJUDGED, and DECREED, that Taras Hodivsky, Jr.'s motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 117) is DENIED and this action is dismissed with prejudice.

It is further ORDERED, ADJUDGED, and DECREED that Hodivsky is not entitled to a Certificate of Appealability and, consequently, is not entitled to proceed in forma pauperis on appeal.

DONE and ORDERED this 6th day of February 2025.

                                        /s / Kristi K. DuBose
                                        KRISTI K. DuBOSE
                                        UNITED STATES DISTRICT JUDGE